NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTOPHER I. JOHNSON and )
LINDA K. JOHNSON, )
                         )
        Appellants, )
                         )
v.                        )           Case No. 2D17-4524
                         )
GERALD T. SCHMIDT and CHARLENE )
M. SCHMIDT, )
                         )
        Appellees. )
_____ )

Opinion filed April 20, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Sarasota
County; Andrea McHugh, Judge.

Bryan S. Kessler of Berg & Kessler,
Venice, for Appellants.

Robert M. Pretschner and Ashley M.
Fromm of Walters Levine & Lozano,
Sarasota, for Appellees.


PER CURIAM.


             Affirmed.


NORTHCUTT, CRENSHAW, and MORRIS, JJ., Concur.